UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-CV-30022-KPN

| | |
|---|---|
| ALL STATES ASPHALT, INC. and NEW ENGLAND EMULSIONS CORP., <br><br> Plaintiffs <br> v. <br><br> FIREMAN'S FUND INSURANCE COMPANY, <br><br> Defendant | **PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)** |

In accordance with the United States District Court for the District of Massachusetts Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, the Plaintiffs and the Defendant met to prepare a Joint Statement setting forth a proposed pre-trial schedule. The parties were able to agree to all of the scheduled items contained herein.

I.    Joint Discovery Plan – Scheduling the Time and Length of all Discovery Events:

    A. Written Discovery:  All Interrogatories and Requests for Production of Documents shall be served upon opposing counsel by September 30, 2005.

    B. Joinder of Additional Party:  All additional parties are to be joined by September 30, 2005.

    C. Deposition of Fact Witnesses:  The depositions of all fact witnesses to be completed by January 15, 2006.

    D. Requests for Admissions:  All requests for admissions shall be served upon opposing counsel by February 17, 2006.

E. <u>Identification of Expert Witnesses</u>: The Plaintiffs shall identify their expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)(a)(i) by January 31, 2006; the Defendant shall identify all expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4)(a)(i) by February 28, 2006.

F. <u>Depositions of Expert Witnesses</u>: Depositions of all Plaintiffs' experts shall be completed by April 15, 2006; depositions of all Defendant's experts shall be completed by May 15, 2006.

G. The parties respectfully suggest that no need exists at the present time for phased discovery.

II. <u>Proposed Schedule of filing Motions</u>: All Fed. R. Civ. P. 56 Motions to be filed by June 30, 2006.

III. <u>Final Pre-Trial Conference</u>: A Final Pre-Trial Conference shall be held on September 15, 2006.

IV. <u>Local Rule 16(D)(1) Certifications</u>: Certifications signed by the parties, and their counsel, regarding a litigation budget and the feasibility of engaging in alternative dispute resolution are being filed with this proposed Pre-Trial Schedule.

    Respectfully submitted,

    The Plaintiffs, All States Asphalt, Inc. and
    New England Emulsions Corp.,
    By their attorneys,

        /s/ Irving D. Labovitz
    Irving D. Labovitz, Esq.
    325 Amherst Road
    Sunderland, MA  01375
    Ph:  (413) 478-3450
    BBO# 28230
    June 13, 2005

      /s/Paul H. Rothschild
Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740
BBO# 431100
June 13, 2005

The Defendant,
Fireman's Fund Insurance Company
By its attorney,

      /s/ Robert W. Harrington
Robert W. Harrington, Esq.
Law Offices of Robert W. Harrington
One Washington Mall
Boston, MA   02018
Ph: (617) 248-0800
Fax: (617) 248-9885
BBO# 223080
June 13, 2005

387581