UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALL STATES ASPHALT, INC. and            )
NEW ENGLAND EMULSIONS CORP.,   )
               Plaintiffs        )
                               )
     v.                                              )        Civil Action No. 05-30022-KPN
                               )
FIREMAN'S FUND INSURANCE          )
COMPANY,                                        )
               Defendant     )

SCHEDULING ORDER
June 23, 2005

NEIMAN, U.S.M.J.

     The following schedule was established at the initial scheduling conference this day:

     1.     All interrogatories and requests for production shall be served by September 30, 2005.

     2.     All additional parties shall be joined by September 30, 2005.

     3.     Non-expert depositions shall be completed by January 13, 2006.

     4.     Counsel shall appear for a case management conference on January 18, 2006, at 10:30 a.m. in Courtroom Three.

     5.     Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 17, 2006, and depositions of those experts shall be completed by April 14, 2006.

     6.     Defendant shall designate and disclose information regarding its trial

experts as required by FED. R. CIV. P. 26(a)(2) by March 15, 2006, and depositions of those experts shall be completed by May 15, 2006.

IT IS SO ORDERED.

DATED: June 23, 2005

                                                        /s/ Kenneth P. Neiman  
                                              KENNETH P. NEIMAN  
                                              U.S. Magistrate Judge