UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALL STATES ASPHALT, INC. and     )
NEW ENGLAND EMULSIONS CORP.,     )
                  Plaintiffs     )
                                )
        v.     )     Civil Action No. 05-30022-KPN
                                )
                                )
FIREMAN'S FUND INSURANCE     )
COMPANY,     )
                  Defendant     )

REVISED SCHEDULING ORDER
December 2, 2005

NEIMAN, U.S.M.J.

     The court hereby ALLOWS the parties' Joint Motion to Amend Scheduling Order (Document No. 12) and revises the schedule as follows:

1. Non-expert depositions shall be completed by April 17, 2006.

2. Counsel shall appear for a case management conference on April 21, 2006, at 10:00 a.m. in Courtroom Three. The January 18, 2006, conference is hereby cancelled.

3. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 17, 2006, and depositions of those experts shall be completed by July 14, 2006.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2006, and depositions of those experts shall be completed by August 15, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: December 2, 2005

                                                 /s/ Kenneth P. Neiman
                                                 KENNETH P. NEIMAN
                                                 U.S. Magistrate Judge