# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALL STATES ASPHALT, INC. ET AL., | ) ) ) | |
| *Plaintiff* | ) ) | |
| V. | ) ) ) ) ) ) | Case No:   3:05-CV-30022-KPN |
| FIREMAN'S FUND INSURANCE COMPANY | ) ) | |
| *Defendant* | ) ) | |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the plaintiffs on <u>3/29/06</u> that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED March 29, 2006

                                                **SARAH A. THORNTON**
                                                CLERK

                                                BY: <u>/s/ *Maurice G. Lindsay*</u>
                                                Maurice G. Lindsay
                                                Deputy Clerk